PROB 12
(Rev. 3/88)

# UNITED STATES DISTRICT COURT

for

# NORTHERN DISTRICT OF GEORGIA

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

DEC 0 1 2006

JAMES N. HATTEN, Clerk
By: JHPinckney
Deputy Clerk

U. S. A. vs. Timothy Cooper                             Docket No. 1:04-410-1-CAP

## PETITION AND ORDER TO MODIFY CONDITIONS OF SUPERVISED RELEASE

COMES NOW Mark A. Davis PROBATION OFFICER OF THE COURT presenting an official report upon the conduct and attitude of Timothy Cooper who was placed on supervision for the offense of Possession of a Firearm and Ammunition Within 1000 Feet of a School Zone, in violation of 18 United States Code §§ 922(q)(2)(A) and 924(a)(4), by the Honorable Charles A. Pannell, Jr. sitting in the court at Atlanta, on the 11 day of April, 2006 who fixed the period of supervision at 36 months, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

The defendant shall participate in a drug/alcohol treatment program under the guidance and supervision of the United States Probation Officer and if able, contribute to the cost of services for such treatment.

The defendant shall submit to a search of his person, property(real, personal, or rental), residence, office, and/or vehicle, at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release; failure to submit to a search may be grounds for revocation; the defendant shall warn any other residents that the premises may be subject to searches pursuant to this condition.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach)

Mr. Cooper tested positive for the use of cocaine on September 22, 2006, and October 30, 2006.

PRAYING THAT THE COURT WILL ORDER the conditions of Supervised Release be modified to order that the defendant shall serve **FOUR (3) CONSECUTIVE WEEKENDS OF FORTY-EIGHT (48) CONSECUTIVE HOURS EACH** in a designated jail facility as directed by the United States Probation Office.

ORDER OF COURT

Considered and ordered this 28 day of Nov, 2006

and ordered filed and made a part of the records in the above case.

_____
Honorable Charles A. Pannell, Jr.
U. S. District Court Judge

Respectfully,

_____
Mark A. Davis
Sr. U. S. Probation Officer

Place:   Atlanta, Georgia

Date:    November 24, 2006

_____
Leigh A. Knight
Supervising U. S. Probation Officer