PROB 12
(Rev. 3/88)



FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

Jul 03, 2007
JUL 0 3 2007

JAMES N. HATTEN, Clerk
By JKPuncy Deputy Clerk

# UNITED STATES DISTRICT COURT

### for

# NORTHERN DISTRICT OF GEORGIA

U. S. A. vs. Timothy Cooper

Docket No. 1:04-410-1-CAP
FILED UNDER SEAL

### PETITION FOR WARRANT AND ORDER TO SHOW CAUSE
### WHY SUPERVISED RELEASE SHOULD NOT BE REVOKED

COMES NOW Mark A. Davis PROBATION OFFICER OF THE COURT presenting an official report upon the conduct and attitude of Timothy Cooper who was placed on supervision for the offense of Possession of a Firearm and Ammunition Within 1000 Feet of a School Zone, in violation of 18 United States Code §§ 922(q)(2)(A) and 924(a)(4), by the Honorable Charles A. Pannell, Jr. sitting in the court at Atlanta, on the 11 day of April, 2006 who fixed the period of supervision at 36 months, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

The defendant shall participate in a drug/alcohol treatment program under the guidance and supervision of the United States Probation Officer and if able, contribute to the cost of services for such treatment.

The defendant shall submit to a search of his person, property(real, personal, or rental), residence, office, and/or vehicle, at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release; failure to submit to a search may be grounds for revocation; the defendant shall warn any other residents that the premises may be subject to searches pursuant to this condition.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach)

#### See Attached

PRAYING THAT THE COURT WILL ORDER a warrant issued for said Timothy Cooper and that Timothy Cooper be brought back before the Court at Atlanta, Georgia, to show cause why Supervised Release heretofore entered should not be revoked. IT IS FURTHER ORDERED that this petition and the warrant be sealed and that the same shall remain sealed until the warrant is executed or until further order of this Court.

I declare under penalty of perjury that the foregoing is true and correct.

ORDER OF COURT

Considered and ordered this __29__ day of

_____, 2007

and ordered filed and made a part of the records

in the above case.

_____
Honorable Charles A. Pannell, Jr.
U. S. District Court Judge

Respectfully,

_____
Mark A. Davis
Sr. U. S. Probation Officer

Place: Atlanta, Georgia

Date: June 27, 2007

_____
Leigh A. Knight
Supervising U. S. Probation Officer

41

1) **<u>Violation of Standard Condition #7:</u>**  Mr. Cooper tested positive for the use of cocaine on April 19, 2007.

2) **<u>Violation of Standard Condition # 2:</u>** Mr. Cooper failed to report to the probation office on May, 1, 2007, and failed to submit monthly reports for April, May and June of 2007.

3) **<u>Violation of Special Condition to Participate in Alcohol Drug Aftercare:</u>** Mr. Cooper failed to report for drug testing on 05/11/07, 05/14/07, 05/21/07, and 05/24/07.